July 6, 1979.

M. P. No. 79-106. STATE *v.* RAYMOND DELAHUNT. The petition for writ of certiorari is denied. *Robert Mann,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

M. P. No. 79-229. MOSSBERT-HUBBARD, *Division of Wanskuck Company v.* JOHN H. NORBERG. The petition for writ of certiorari is granted. *H. Peter Olsen, Gordon P. Cleary,* for petitioner. *Perry Shatkin, Allen P. Rubine,* for respondent.

M. P. No. 79-242. MARION MCDONOUGH *v.* JEWEL COMPANIES, INC., *Star Market Division.* The petition for writ of certiorari is denied. *Peter Haydon,* for petitioner. *Anthony Vacca,* for respondent.

APPEAL No. 79-186. RAIMBEAULT *et al. v.* H. HILL & SONS, INC. The defendant's motion to dismiss this appeal as premature is granted. *Norman L. Grant,* for petitioner. *Melvin Zurier,* for respondent.

APPEAL No. 79-187. PAUL R. LANGLOIS *et al. v.* KENT COUNTY MEMORIAL HOSPITAL *et al.* The defendants have moved to dismiss this appeal on the grounds that there has not been compliance with Super. R. Civ. P. 54(b). Upon examination of the record, we find defendants' contention to be accurate.

Accordingly, this case is remanded to the Superior Court for further proceedings which may include, within the court's sound discretion, the entry of judgment accompanied by a Rule 54(b) certificate. *John H. Hines, Jr.,* for petitioner. *Frank J. Cenerini,* for respondent.

July 12, 1979.

M. P. Nos. 79-208, 79-209, AND 79-210. RALPH TOTI AND LAURA TOTI *v.* STEVEN F. PILKINGTON. STEVEN F. PILKINGTON *v.* ARNOLD A. ZOGLIO, RALPH TOTI. STEVEN PILKINGTON *v.* RALPH TOTI. The petitions for writ of certiorari are granted without prejudice to respondents' right at oral